# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUSAN DIANE THOMPSON CORBETT,**

      **Plaintiff,**

-vs-                                    **Case No. 6:11-cv-325-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

## ORDER

This case is before the Court on Defendant's Renewed Motion to Dismiss Plaintiff's Complaint as Untimely (Doc. No. 14) filed July 14, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 13, 2011 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Renewed Motion to Dismiss Plaintiff's Complaint as Untimely (Doc. No. 14) is **GRANTED**.

3. Plaintiff's Complaint is **DISMISSED with prejudice.**

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge